UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| VICTOR MANUEL RAMIREZ NAJERA, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; APPFOLIO, INC.; and NATIONSTAR MORTGAGE LLC d/b/a RUSHMORE SERVICING. <br><br> Defendants. | Case No.: 4:25-cv-00443-P <br><br> Judge: Hon. Mark T. Pittman |

## **STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT APPFOLIO, INC.**

NOTICE IS HEREBY GIVEN that Plaintiff VICTOR MANUEL RAMIREZ NAJERA ("Plaintiff") and APPFOLIO, INC. ("Defendant") have settled all claims between them in this matter. By and through undersigned counsel, Plaintiff and Defendant hereby stipulate that this action and all claims be dismissed with prejudice as to Defendant APPFOLIO, INC. only.

| | |
|---|---|
| Dated: August 18, 2025 | By: */s/ Youssef H. Hammoud*<br>*Attorneys for Plaintiff,*<br>*Victor Manuel Ramirez Najera*<br>Youssef H. Hammoud (SBN: 321934)<br>THE CREDIT ATTORNEY, INC.<br>601 N Park Center Suite #202 |
| Dated: August 18, 2025 | By: */s/ Michael A. Merar*<br>Michael A. Merar<br>TX Bar No. 24103878<br>mamerar@seyfarth.com<br>SEYFARTH SHAW LLP<br>2323 Ross Avenue, Suite 1660<br>Dallas, Texas 75201<br>Telephone: (469) 608-6700<br>Facsimile: (713) 225-2340<br><br>*Attorneys for Defendant,*<br>*AppFolio, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that August 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**THE CREDIT ATTORNEY, INC.**

/s/ Zion Levi

## ATTESTATION OF SIGNATURES

I hereby certify that the content of this document is acceptable to the signatories above, and I obtained authorization to affix their electronic signatures to this document.

**THE CREDIT ATTORNEY, INC.**

/s/ Zion Levi