UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**VICTOR MANUEL RAMIREZ NAJERA,**

    Plaintiff,

v.                                    No. 4:25-cv-00443-P

**EXPERIAN INFORMATION SOLUTIONS INC, ET AL.,**

    Defendants.

### ORDER

Before the Court is the Parties' Joint Motion for Dismissal with Prejudice as to Defendant Nationstar Mortgage LLC d/b/a/ Rushmore Servicing. ECF No. 55. Having considered the filing and the applicable law, the Court finds that the Motion should be and hereby is **GRANTED**.

Accordingly, all claims against Defendant Nationstar Mortgage LLC d/b/a/ Rushmore Servicing are hereby **DISMISSED with prejudice**.

**SO ORDERED** on this **10th day of October 2025.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE