# EXHIBIT A

# James Ristvedt

| | |
|---|---|
| **From:** | McCraw, Chance B. <cmccraw@jonesday.com> |
| **Sent:** | Wednesday, October 15, 2025 2:50 PM |
| **To:** | Youssef H. Hammoud; James Ristvedt |
| **Cc:** | Zion Levi; Shaun Pambid; Mehak Rizvi |
| **Subject:** | Ramirez Najera v. Experian Information Solutions, Inc. // Dispute Agents |

Youssef and James,

Consistent with our discussions during the meet and confer earlier today, below is the information you requested regarding the dispute agents.  I believe this resolves RFP 26 and ROG 1, except for maybe the mail handlers.  I will follow up regarding the mail handlers once I have that information, if it is available.

c92919b- Lemon, Tamaria – US (Former employee)
m01067a- Escanilla, Rosa – Chile (Former employee)
c92484b- Avalos, Sean – Costa Rica
c82441b- Hayden, David – US

V/r,
Chance

Chance McCraw
Associate
**JONES DAY® - One Firm Worldwide®**
2727 N Harwood Street
Dallas, TX 75201
Office +1.214.969.4563
cmccraw@jonesday.com

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***