**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

|  |  |
|---|---|
| VICTOR MANUEL RAMIREZ NAJERA, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; APPFOLIO, INC.; and NATIONSTAR MORTGAGE LLC d/b/a RUSHMORE SERVICING. <br><br> Defendant. | Case No.: 4:25-cv-00443-P <br><br> **PLAINTIFF'S NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN,** pursuant to the Federal Rules of Appellate Procedure 3(c)(1) and 4(a)(1)(A), that Plaintiff Victor Manuel Ramirez Najera ("Plaintiff"), by and through undersigned counsel, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Court's Opinion and Order (Docket No. 180) and Final Judgment (Docket No. 181) entered in this action on March 26, 2026.

RESPECTFULLY SUBMITTED on March 31, 2026.

By: */s/ James Ristvedt*
James Ristvedt, AZ Bar #035938
David A. Chami, AZ Bar #027585
**CONSUMER JUSTICE LAW FIRM PLC**
8095  N. 85th Way
Scottsdale, AZ 85258
E: jristvedt@consumerjustice.com
E: dchami@consumerjustice.com
T: (480) 626-1956
T: (480) 626-2359
F: (480) 613-7733

Youssef H. Hammoud (SBN: 321934)
**THE CREDIT ATTORNEY, INC.**
601 N Parkcenter Drive Suite 202
Santa Ana, CA 92705

1

- 2 -

T: (949) 301-9692
F: (949) 301-9693
E: yhammoud@thecreditattorney.com

*Attorneys for Plaintiff,*
*Victor Manuel Ramirez Najera*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2026, I electronically filed the following document with the Clerk of the Court using the ECF system. Notice of such filing will be sent to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM**
By: */s/ Shaun Pambid*
Shaun Pambid